MAXINE I. DOBRO
105 West F Street, 3rd Floor
San Diego, CA 92101-6036
(619) 232-5044
BAR #98962

Attorney for Defendant
Fernando Veliz

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Honorable Dana Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FERNANDO VELIZ, Defendant. | Criminal No. 07-3403-JLS<br>**NOTICE OF MOTION FOR DISCOVERY AND FOR LEAVE TO FILE FURTHER MOTIONS.**<br>Date: 1 Feb. 2008<br>Time: 11:00 a.m. |

TO: The Honorable Dana Sabraw and Assistant United States Attorney Aaron Clark.

PLEASE TAKE NOTICE that on 1 February 2008, at 11:00 p.m. or as soon thereafter as the matter may be heard, Defendant, Fernando Veliz, by and through his counsel, Maxine Dobro, will move the Court for an order granting discovery and leave to file further motions.

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support of the Motion, the files and records of the instant case and any other applicable evidence that becomes available before or during the

///

hearing of these motions.

DATED: 18 January 2008

Respectfully submitted,

S/Maxine I. Dobro
Maxine I. Dobro,
Fernando Veliz

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>FERNANDO VELIZ,<br>Defendant. | 07CR3403-DMS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, say that I am over 18 years of age, a resident of the County of San Diego, State of California, and not a party to the within action; That my business address is 105 West F St, 3rd Flr, San Diego CA 92101;

That I served the within Joint Motion to Continue Sentencing serving a copy today to the clerk's office of this honorable court by e-filing for delivery to:

KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA; Aaron Clark, SPECIAL ASSISTANT U.S. ATTORNEY.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this January 18, 2008 in San Diego, California.

DATED: 1/18/08 /s/ Maxine I. Dobro
Maxine I. Dobro